# Court of Appeals
# of the State of Georgia

ATLANTA, __July 11, 2013__

*The Court of Appeals hereby passes the following order:*

**A13A2038.  THOMPSON LAW, LLC v. TBF FINANCIAL, LLC.**

Thompson Law, LLC, filed this direct appeal from an order denying its motion to set aside a foreign default judgment, which was domesticated in this State. According to Thompson Law, the foreign court lacked personal jurisdiction.  A motion to set aside based upon lack of jurisdiction is governed by OCGA § 9-11-60 (d).  And an order denying a motion to set aside under OCGA § 9-11-60 (d) is subject to the discretionary appeal procedure.  See OCGA § 5-6-35 (a) (8); *Marshall v. Gatison*, 197 Ga. App. 370 (398 SE2d 429) (1990).  Because Thompson Law failed to follow the proper appellate procedure, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __07/11/2013__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*